```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
CORONA GROUP, LLC,                                                :
                                                                  :
                                          Plaintiff,              :        1:21-cv-2889-GHW
                                                                  :
                         -v -                                     :            ORDER
                                                                  :
JEFF PARK,                                                        :
                                                                  :
                                          Defendant.              :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021

GREGORY H. WOODS, United States District Judge:

On October 13, 2021, the Court held a teleconference to discuss Akerman LLP's motion to withdraw as counsel of record for Defendant. *See* Dkt. No. 26. For the reasons stated on the record during that conference, Ackerman LLP's motion is granted. As stated on the record during the October 13, 2021 conference, this case is stayed until **November 12, 2021** to allow Defendant to search for and retain replacement counsel. In the event that Defendant retains new counsel prior to November 12, 2021, the stay will be lifted upon the filing of a notice of appearance by that counsel.

The Clerk of Court is directed to:

- Remove attorneys Angad Bhai, Gregory Wong, and Massimo Fabio D'Angelo from the list of active counsel in this case;
- Stay this case until November 12, 2021; and
- Update Mr. Park's address on the docket and mail a copy of this order to Mr. Park at:
  > Jeff Park
  > 35 Riverwalk Way Unit 205
  > Lowell, MA 01854

SO ORDERED.

Dated: October 13, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge