```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CORONA GROUP, LLC,                                             :
                                                               :
                              Plaintiff,                       :     1:21-cv-2889-GHW
                                                               :
              -v -                                             :     ORDER
                                                               :
JEFF PARK,                                                     :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference with respect to this matter by telephone on November 16, 2021 at 4:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: October 13, 2021
       New York, New York

                                                            _____
                                                            GREGORY H. WOODS
                                                            United States District Judge