```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CORONA GROUP, LLC,                                             :
                                                               :
                                        Plaintiff,             :    1:21-cv-2889-GHW
                                                               :
                        -v -                                   :    ORDER
                                                               :
JEFF PARK,                                                     :
                                                               :
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on November 16, 2021, Plaintiff's request for leave to file a motion for summary judgment is granted. The deadline for Plaintiff to file and serve its motion for summary judgment is December 17, 2021. Defendant's opposition is due within five weeks after service of Plaintiff's motion; Plaintiff's reply, if any, is due within two weeks after service of Defendant's opposition. Plaintiff is further directed to contact Judge Cott's chambers to reschedule the settlement conference that was adjourned on September 13, 2021.

The deadline for the completion of all expert discovery is extended to December 15, 2021. The post-discovery status conference scheduled for December 2, 2021 is adjourned *sine die*.

The Clerk of Court is directed to mail a copy of this order to Mr. Park and note service on the docket.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge