```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
CORONA GROUP, LLC,                                               :
                                                                 :
                              Plaintiff,                         :     1:21-cv-2889-GHW
                                                                 :
            -v -                                                 :     ORDER
                                                                 :
JEFF PARK,                                                       :
                                                                 :
                              Defendant.                         :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 11, 2022, the stay in this case was lifted upon the filing of a notice of appearance by Andrew R. Goldenberg.  *See* Dkt. Nos. 34, 39.  The Clerk of Court is directed to remove the stay from the docket.

SO ORDERED.

Dated: April 6, 2022
       New York, New York

                                                    _____
                                                           GREGORY H. WOODS
                                                         United States District Judge