```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
CORONA GROUP, LLC,                                                 :
                                                                   :
                                    Plaintiff,                     :   1:21-cv-2889-GHW
                                                                   :
                  -v -                                             :   ORDER
                                                                   :
JEFF PARK,                                                         :
                                                                   :
                                    Defendant.                     :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on July 20, 2022, Plaintiff's motion for summary judgment, Dkt. No. 37, is denied. The parties are directed to provide the Court with a joint letter regarding next steps in this case no later than August 3, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.

Dated: July 20, 2022
       New York, New York

                                                      _____
                                                              GREGORY H. WOODS
                                                           United States District Judge