```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                              :

CORONA GROUP, LLC,                           :

                                          Plaintiff,    :          1:21-cv-2889-GHW

                                                       :
                    -v -                           :          <u>ORDER</u>

                                                       :
JEFF PARK,                                   :

                                        Defendant.  :
                                                       :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      As stated on the record on the conference held on August 30, 2022, Plaintiff's request for leave to file a motion for joinder is granted. The deadline for Plaintiff to file and serve its motion for joinder is September 9, 2022. Defendant's opposition is due no later than September 16, 2022; Plaintiff's reply, if any, is due no later than September 20, 2022.

      SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                                                                        GREGORY H. WOODS
                                                                        United States District Judge